04-40001-NMG

# United States Bankruptcy Court
## District of Massachusetts
## PROCEEDING
## MEMORANDUM/ORDER

In Re: HAVERHILL TECHNOLOGY GROUP, INC., et al.

Hearing Date: 11/21/2003
Ch: 11  Case No. 03-43988

03-4275 ADVERSARY PROCEEDING
David M. Nickless, Chapter 11 Trustee, plf. v. Creare, Inc. and Mountain Valley Indemnity Co., defs.
#4 Defendants' Motion For This Court To Abstain From Hearing And To Dismiss Or Remand The Above-Entitled Proceeding
#10 Objection Of Trustee
Stephen O'Shea, Counsel For Creare, Inc.
David O. Brink, Counsel For Mountain Valley Indemnity Company

Court Action:

___Granted ___Approved #4 Denied #10 Sustained
___Overruled ___Withdrawn in open court ___Moot
___Continued to ___
___Stipulation
___Order to Show Cause: Released/Enforced
___Proposed Order to be submitted by ___
___Service to be made by ___

Other Decision: Parties have 14 days to decide if they desire to consent to a jury trial in the Bankruptcy Court.

Pretrial order to be issued.

Discovery to be completed within 90 days.

So Noted:          So Ordered:                    Dated: 11/21/03

                                        Joel B. Rosenthal
Courtroom Deputy                        United States Bankruptcy Judge

11/25/04