UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

04-40001

| | |
|---|---|
| In re<br>Haverhill Technology Group, Inc<br>    Debtor(s) | Chapter 11<br>No 03-43988-JBR |
| David M. Nickless, Trustee,<br>    Plaintiff<br><br>v.<br><br>Creare, Inc. and Mountain Valley Indemnity Company<br>    Defendant | Adv. Pro.<br>No. 03-4275 |

TRUSTEE'S OBJECTION TO THE ASSENTED TO REQUEST OF MOUNTAIN VALLEY INDEMNITY CO FOR DISTRICT COURT REVIEW PURSUANT TO BANKRUPTCY RULE 9033

David M. Nickless, Trustee and Plaintiff, in the above matter objects to the "Assented-to" request of Mountain Valley Indemnity Co for review pursuant to Bankruptcy Rule 9033 stating as there reasons therefore:

1. While characterized as an "Assented-to" pleading, opposing counsel never contacted, nor to the best of the Trustee's knowledge, attempted to contact the Trustee to obtain his assent and no assent was ever conveyed, either expressly or implicitly.

2. Rule 9033 is inapplicable and to the extent the pleading could in any way be construed as an appeal it is late filed.

WHEREFORE David M. Nickless, Trustee prays that the Request be denied.

/s/ David M. Nickless
David M. Nickless, Trustee
Nickless and Phillips
495 Main Street
Fitchburg, MA  01420
978-342-4590
BBO No. 371920
dnickless.nandp@verizon.net

## CERTIFICATE OF SERVICE

I, David M. Nickless, do hereby certify that I will immediately upon receipt of the notice of electronic service serve a copy of the within pleading by mailing same to any of the parties listed below not noted as having received electronic service.

| Ryan C. Siden, Esq. | David O. Brink, Esq. | Stephen O'Shea, Esq. |
|---|---|---|
| Haverhill Technology Group, Inc. | Smith & Brink, PC | Martin Magnuson |
| 260 Primrose Street | 122 Quincy Shore Drive | 101 Merrimac Street |
| Haverhill, MA 01830 | Quincy, MA 02171 | Boston, MA 02114 |

Dated:  December 9, 2003                                     /S/  David M. Nickless
                                                             David M. Nickless